No. 327. SHER v. NEW YORK. Ct. App. N. Y. Certiorari denied. *Mario Matthew Cuomo* for petitioner. *William Cahn* for respondent.

No. 332. BERNE v. GOVERNMENT OF THE VIRGIN ISLANDS. C. A. 3d Cir. Certiorari denied. *Thomas W. Finucan* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for respondent.

No. 333. PANACCIONE v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *Daniel E. Isles* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.

No. 334. BOENKER v. OHIO. Sup. Ct. Ohio. Certiorari denied. *Harvey H. Starkoff* for petitioner. *John T. Corrigan* and *Harvey R. Monck* for respondent.

No. 336. McKEE v. NEBRASKA. Sup. Ct. Neb. Certiorari denied. *Richard J. Bruckner* for petitioner.

No. 339. SHOEMAKER v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *J. B. Tietz* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Robert G. Maysack* for the United States.

No. 344. KANDALL v. UNITED STATES. Ct. Cl. Certiorari denied. *Carl L. Shipley* and *Rufus W. Peckham, Jr.,* for petitioner. *Solicitor General Griswold* for the United States.